# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

| | |
|---|---|
| CASSIE GREEN a.k.a<br>CASSIE HAYES- MCDONALD,<br><br>*Plaintiff,*<br><br>v.<br><br><br>AMERICOLLECT, INC. et al.,<br><br>*Defendant.* | CASE NO. 4:20-cv-01096-SRC |

## ORDER GRANTING DEFENDANT AMERICOLLECT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Before the Court is Defendant Americollect, Inc. ("Defendant")'s *Motion for Judgment on the Pleadings* (the "Motion") filed in the above-styled and referenced proceeding (the "Action"). Having considered the Motion and finding that the court has jurisdiction to hear the Motion, that all necessary parties were served with the Motion or that there was an adequate attempt to serve all affected parties, and that good cause has been shown for entering the requested relief in favor of Defendant that it should be granted.

It is ORDERED, as follows:

1. The Motion is GRANTED as set forth herein; and

2. Plaintiff Cassie Green a.k.a Cassie Hayes-McDonald's *First Amended Complaint* is DISMISSED with prejudice.

Signed this _____ day of _____, 2021.

_____
Presiding Judge